UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) 4:14-cr-40028-TSH<br>)<br>) |
| Carlos Nataniel Wanzeler | )<br>) |

Notice of Intent to Contest Forfeiture

Now comes interested person Fabio Wanzeler and notifies the government of his intention to contest the pending final order of forfeiture of properties located at:

1. 4506 san mellina dr, coconut creek fl 33073 (primary home)
2. 10556 cape delabra ct, Boynton beach fl 33473

This Notice is filed to formally put the government on notice of his interest in said properties.

THE INTERESTED PERSON

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail and on 6/16/15
/s/ Geoffrey Nathan